(Slip Opinion) Cite as: 577 U. S. ____ (2016) 1

NOTICE: This opinion is subject to formal revision before publication in the preliminary print of the United States Reports. Readers are requested to notify the Reporter of Decisions, Supreme Court of the United States, Washington, D. C. 20543, of any typographical or other formal errors, in order that corrections may be made before the preliminary print goes to press.

# SUPREME COURT OF THE UNITED STATES

No. 14–520

## VALERIE J. HAWKINS AND JANICE A. PATTERSON, PETITIONERS *v.* COMMUNITY BANK OF RAYMORE

ON WRIT OF CERTIORARI TO THE UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT

[March 22, 2016]

PER CURIAM.

The judgment is affirmed by an equally divided Court.